

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00562-CV

**IN THE INTEREST OF T.B.**, G.H., and E.W.

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00127
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal of Appellant Father A.H. is DISMISSED. The appeal of Appellant Mother E.O. remains pending.

SIGNED October 10, 2018.

_____
Karen Angelini, Justice